**VICTIM CASE**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Wayne Deniz ELIGUR** DOB: xx/xx/1954; U.S.C. xxx-xx-xxxx | DOCKET NO. MAGISTRATE'S CASE NO. 11-07042M |

Complaint for violation of Title 18 United States Code § 111 (a) and (b)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

### Count 1

On or about August 7, 2011, at or near Three Points, in the District of Arizona, **Wayne Deniz ELIGUR** intentionally and forcibly assaulted United States Border Patrol Agent Thomas Boaz, an officer of the United States engaged in the performance of his official duties, with a deadly weapon, in violation of Title 18, United States Code, Section 111(a) and (b).

### Count 2

On or about August 7, 2011, at or near Three Points, in the District of Arizona, **Wayne Deniz ELIGUR** intentionally and forcibly assaulted United States Border Patrol Agent Christopher Gergurich, an officer of the United States engaged in the performance of his official duties, with a deadly weapon, in violation of Title 18, United States Code, Section 111(a) and (b).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 7, 2011, at approximately 10:25 P.M., Agents Boaz and Gergurich attempted to perform a welfare check on a vehicle parked at the Chevron in Three Points, AZ. Agent Boaz identified himself as a Border Patrol Agent and asked if everything was okay. The driver of the vehicle, later identified as **Wayne Deniz ELIGUR**, repiled "I don't have to." A few moments later, **ELIGUR** started his vehicle and began driving away. **ELIGUR** then made a u-turn and began to drive at Agent Boaz. Agent Boaz ran out of the way in an attempt to avoid being hit. Agent Boaz entered his marked vehicle and Agent Gergurich got in the passanger seat and they began to pursue **ELIGUR**. **ELIGUR** then performed another u-turn and drove in the wrong lane towards Agents Boaz and Gergurich. Agent Boaz was able to brake and drive in reverse to avoid being hit.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

Recommend Detention
AUSA Mary Sue Feldmeier

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE BPA

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE

DATE Aug 8, 2011

per SM

**VICTIM CASE**